UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:09-CR-431-GMN-LRL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DEVALOIS LEBRON, | |
| Defendant. | |

Based upon the defendant's letter and request for research into the defendant's sentencing for reduction of sentence,

IT IS HEREBY ORDERED that the Federal Public Defender Office shall research the defendant's sentencing to determine if any further relief can be obtained and provide to the Court a written assessment of their findings.

DATED this 20th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE

11-10-12

Hello your Honor Mrs. Navaro,

Upon Recieving this Request I wish you find yourself in the Best of Health and continue a great Job on the Bench, as for Myself what can I say, arroz con Pollo y Cafe con leche, Jibarito forever! Mrs. Navado your Honor please keep in mind that this Request should not be treated as an appeal or a motion, and if for any reason this Request leads to that, i would prefer to do that in your presence, acompanied by legal Counsel, and within the correct setting of the Court, your Honor. Along with this Request you will find an Editorial information News Report, please study it and send me a notice or letter Explaining if i would Qualified for any relief off my Sentence of 10 years Mandatory Minimum Sentences, On July, 6, 2010, at my sentence Hearing you ask me if i need anything to please let you know, and i said maybe in the near future, This is my Request Please Consider and thank you, your Honor Mrs. Navaro P.S. if for any reason i'll qualify to relief, i'll be returning to the institute fa community living in/at 415-417 state st. Brooklyn, New York, This is where i need to be getting the Help i need, Please Consider, i won't let you down. "Te lo juro Por lo Mas Sagrado"

s. please write Back

Sincerely yours Mr. Devalois LeBron


*Hon: Mrs. Navaro "Judge"*

**News
90 Crim. L. Rep. (BNA) 169
Sentencing
November 2, 2011**

**Editorial Information: Prior History**

By David McAuley

> **Key Development:** The U.S. **Sentencing** Commission sends Congress its findings and recommendations on federal **mandatory minimum sentences**.
>
> **Potential Impact:** The commission recommends Congress take certain measures to prevent excessively severe sentences, eliminate inconsistent sentencing across the country, and alleviate overcrowding in federal prisons.

**Opinion**

The U.S. **Sentencing** Commission Oct. 31 sent Congress a 645-page report assessing the impact of statutory **mandatory minimum** penalties on federal **sentencing**.

> Congress charged the commission with the task of reviewing federal mandatory minimums in light of the U.S. Supreme Court's decision in *Booker v. United States*, 543 U.S. 220, 76 CrL 251 (2005), to make the U.S. Sentencing Guidelines advisory.
>
> In the report, the commission recommends that Congress take action to adjust some of the laws governing mandatory minimums to minimize overly harsh punishment and to foster more uniform national sentencing practices.
>
> "While there is a spectrum of views on the Commission regarding mandatory minimum penalties, the Commission unanimously believes that certain mandatory minimum penalties apply too broadly, are excessively severe, and are applied inconsistently across the country," said the commission chair, Judge Patti B. Saris of the U.S. District Court for the District of Massachusetts.
>
> The commission reviewed data from more than 73,000 cases in fiscal year 2010, as well as data from previous years. It also considered input from all three branches of government and social scientists, scholars, and others interested in mandatory minimums.
>
> Among the report's recommendations are that Congress:
>
> -- reassess certain statutory recidivist provisions relating to drug offenses;
>
> -- consider tailoring the "safety valve" relief mechanism to make it available to additional categories of low-level, nonviolent offenders; and
>
> -- re-evaluate the "stacking" of **mandatory minimums** for certain federal **firearms** offenses where there was no physical harm or threat of harm.
>
> The report also examines overcrowding in federal prisons, which are currently 37 percent over

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

capacity. It urges Congress to solicit "prison impact analyses" from the commission as early as possible in the process of considering enacting or amending criminal penalties.

The report says Hispanic offenders comprise the largest group (38.3 percent) of defendants convicted of a crime carrying a mandatory minimum sentence, followed by blacks (31.5 percent), whites (27.4 percent), and other races (2.7 percent).

In addition to chapters on the history, policy, and changes in federal **mandatory minimum sentencing**, the report looks at the use of **mandatory minimum** penalties in selected districts. It also contains individual chapters on drug offenses, **firearms** offenses, sex offenses, and identity-theft offenses. Appendices include a listing of pending **mandatory minimum** legislation.

The report is available at
http://www.ussc.gov/Legislative_and_Public_Affairs/Congressional_Testimony_and_Reports/Mandatory_Minimum_Penalties/20111031_RtC_Mandatory_Minimum.cfm

Please write back!

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

INMATE NAME/NUMBER: DeValois Lebron #44259-048
FCC ALLENWOOD
P.O. BOX 3000
WHITE DEER, PA 17887

MAILED FROM
U.S. PENITENTIARY



Lloyd D. George United States
Court House
To: Federal Court Judge Mrs. Navarro
333 Las Vegas Blvd. South 1st floor
Las Vegas, Nevada 89101-7065